UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FLEET CONNECT SOLUTIONS
LLC,

      Plaintiff,

  v.

WHEELS, LLC,

      Defendant.

CIVIL ACTION NO.:
1:24-CV-01563-JPB

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 19], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. The dates proposed by Defendant are approved and fully incorporated herein.

2. The parties shall submit an updated proposed case schedule no later than forty-five days after Defendant files an answer.

**SO ORDERED** this 20th day of September, 2024.

J. P. BOULEE
United States District Judge